Commonwealth ex rel. Hester *v.* Board of Probation and Parole, et al.

Argued October 18, 1971, before President Judge BOWMAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER and ROGERS.

*C. Robert McCall,* Voluntary Defender, for petitioner.

*Salvatore Cucinotta,* Deputy Attorney General, with him *Leonard Packel,* Deputy Attorney General, and *J. Shane Creamer,* Attorney General, for respondents.

PER CURIAM OPINION, March 16, 1971:

Petitioner, James E. Hester, challenges the constitutional and statutory power of the Pennsylvania Board of Probation and Parole to require him to serve in custody that portion of time remaining on his original Court imposed sentence when he was first paroled upon his proper recommitment as a convicted parole violator for a crime committed while on such parole. Respondent filed a motion for judgment on the pleadings asserting petitioner's failure as a matter of law to state a claim upon which relief can be granted.

We grant respondents' motion for judgment on the pleadings because we have specifically ruled previously

as a matter of law that petitioner's legal argument is without merit. *Commonwealth ex rel. Hall v. Board of Probation and Parole, Commonwealth ex rel. Blair v. Board of Probation and Parole*, 3 Pa. Commonwealth Ct. 435 (1971); *see also Commonwealth ex rel. Rambeau v. Board of Probation and Parole, et al.*, 4 Pa. Commonwealth Ct. 152 (1972); *Williams v. Board of Probation and Parole*, 3 Pa. Commonwealth Ct. 633 (1971). Petitioner's complaint is therefore dismissed.